

# NUMBER 13-21-00011-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

L.L.C., INC. AND
FUN HOLDINGS, LLC,                                                     Appellants,

v.

GLENN HEGAR, COMPTROLLER OF
PUBLIC ACCOUNTS OF THE STATE
OF TEXAS AND KEN PAXTON, ATTORNEY
GENERAL OF THE STATE OF TEXAS,                                          Appellees.

### On appeal from the 53rd District Court
### of Travis County, Texas.

## ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Hinojosa and Silva
### Order Per Curiam

Appellants L.L.C., Inc. and Fun Holdings, LLC appeal the trial court's order granting appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas, plea to the jurisdiction. After due consideration of the pleadings on file in this matter, the Court has determined that additional briefing is necessary. *See* TEX. R. APP. P. 38.7 (providing that "[a] brief may be amended or supplemented whenever justice requires, on whatever reasonable terms the court may prescribe").

On October 29, 2021, after oral argument in this appeal, appellees submitted a letter brief regarding a recently issued opinion from the Austin Court of Appeals—*1st Global, Inc. v. Hegar*, No. 03-19-00740-CV, 2021 WL 5022390, at *1 (Tex. App.—Austin Oct. 29, 2021, no pet.) (mem. op.). Appellees claim this opinion is binding authority, as this appeal is a transfer case from the Third Court of Appeals in Austin. *See* TEX. R. APP. P. 41.3 ("In cases transferred by the Supreme Court from one court of appeals to another, the court of appeals to which the case is transferred must decide the case in accordance with the precedent of the transferor court under principles of stare decisis.). Appellants did not respond to this letter brief.

The Court, having fully examined and considered the briefing, oral arguments, and the letter brief, is of the opinion that to effectuate the proper and complete presentation of this matter, the parties must brief this court on the impact, if any, of the *1st Global, Inc. v. Hegar* opinion on the underlying appeal. *See* 2021 WL 5022390, at *1. Accordingly, we abate this appeal to remove it from the Court's active docket. Appellants' supplemental brief is hereby ordered due thirty days from the date of this order. Appellees' supplemental

2

brief will be due thirty days after the date that appellants' supplemental brief is filed.

The appeal shall be reinstated after appellees' response to our inquiry has been properly and duly filed.

PER CURIAM

Delivered and filed on the
26th day of October, 2022.